# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Brent Allen Fetters                                                Case No: 13–50309 – RJK
Lisa Mae Fetters

Debtor(s)                                                          Chapter 13 Case

## ORDER AND NOTICE OF DISMISSAL

The chapter 13 trustee has requested that the court dismiss the case. After notice and hearing the court has determined that the case should be dismissed.

IT IS THEREFORE ORDERED:

The case is dismissed under 11 U.S.C. §§ 349 and 1307.


Dated: 3/21/16                                    Robert J Kressel
                                                  United States Bankruptcy Judge


NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on March 21, 2016
 Lori Vosejpka  Clerk, United States Bankruptcy Court
By: sherri Deputy Clerk

**odsm/mnbodsm.jsp 8/15**